UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE MEDINA,

                  Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                  Respondent.

CASE NO. 2:26-cv-00983-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) It has come to the Court's attention that detained, pro se petitioners, of which Petitioner here is, may be using mail to submit briefing, in which case the current 5-day traverse deadline might not be feasible. *See* Dkt. # 4. The Court thus sets May 12, 2026, as the new deadline for Petitioner's optional traverse.

(2) The Court DIRECTS the Clerk to re-note this Petition for May 12, 2026, and to forward a copy of this Order to all counsel of record.

//

MINUTE ORDER - 1

Dated this 28th day of April 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2