UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE MEDINA,

                  Petitioner,

     v.

ICE FIELD OFFICE DIRECTOR,

                  Respondent.

CASE NO. 2:26-cv-00983-JHC

ORDER

This matter comes before the Court on Petitioner's Motion for Extension of Time.  Dkt. # 10.  On April 27, 2026, the Petitioner mailed a letter requesting an extension of time to file his optional traverse due to mailing delays.  *See id*.  The letter was received by the Court on May 4, 2026.  *See id.*  Before receiving the letter, however, the Court issued a minute order extending the deadline for Petitioner's optional traverse from April 27, 2026 to May 12, 2026 in light of the potential mailing delays that Petitioner may be facing.  *See* Dkt. # 9.  Accordingly, Petitioner's request for an extension of time is now moot.  The Court thus DENIES the motion at Dkt. # 10 as moot.

Dated this 7th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 1