UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE MEDINA,

                Petitioner,

      v.

ICE FIELD OFFICE DIRECTOR; Bruce
Scott, Warden of Northwest ICE Processing
Center,

                Respondents.

CASE NO. 2:26-cv-00983-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Clerk is directed to add "Bruce Scott, the Warden of Northwest ICE Processing Center" as another Respondent. *See* Dkt. # 14.

(2) The Court DIRECTS the Clerk to forward a copy of this Order to pro se Petitioner and all counsel of record.

Dated this 26th day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1